UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL FINK,<br><br>           Plaintiffs,<br><br>    v.<br><br>ONE TECHNOLOGIES, LLC,<br><br>           Defendants. | Case No. 23-cv-05086-EMC  (EMC)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Docket No. 6, 15 |

Plaintiff in the above-entitled matter failed to file an opposition to Defendant's Motion to Dismiss (Docket No. 6); the opposition was due on October 25, 2023. On November 3, 2023, the Court issued an Order to Show Cause why Plaintiff's case should not be dismissed for failure to file an opposition and/or failure to prosecute by November 10, 2023. Plaintiff was ordered to address the merits of Defendant's motion to dismiss in that response. The Court warned in that Order that if Plaintiff failed to file a timely response, the Court would direct the Clerk of Court to dismiss Plaintiff's case with prejudice. Plaintiff has failed to respond to the Order to Show cause. Therefore, the Court now dismisses the action with prejudice.

**IT IS SO ORDERED**.

Dated: December 4, 2023

EDWARD M. CHEN
United States District Judge